UNITED STATES of America, Plaintiff–Appellee,

v.

Michael Thomas COTTRELL, a.k.a. Michael Thomas Ellis, a.k.a. James Fuller, a.k.a. William Paynter, a.k.a. Ronald William Reddy, Defendant–Appellant.

Nos. 11–30332, 12–30103, 12–30227.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 14, 2013.*

Filed Aug. 21, 2013.

Greg Nyhus, Assistant U.S., Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Robert M. Stone, Robert Stone, Attorney at Law P.C., Medford, OR, for Defendant–Appellant.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Michael Thomas Cottrell appeals from the district court's orders revoking supervised release and the sentences imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cottrell's counsel has filed briefs stating that there are no grounds for relief, along with motions to withdraw as counsel of record. We have provided Cottrell the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

A review of the record indicates that these appeals are moot because Cottrell has completed his custodial sentences and he is no longer serving a term of supervised release. *See Spencer v. Kemna,* 523 U.S. 1, 13–14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999). We accordingly dismiss these appeals.

Counsel's motions to withdraw are **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).